UNITED STATES DISTRICT COURT

For the

Southern District of Georgia

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2024 DEC 26  A 10:34

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| Neil Keith Singleton ) | |
| Plaintiff ) | Civil Action No. TBD |
| V. ) | |
| **Sheriff Richard Roundtree** ) | CV124  246 |
| In official and Personal Capacity ) | |
| **Lt. Everett Jenkins** ) | |
| In official and personal capacity ) | |
| **Chief Calvin Chew** ) | |
| In official and personal capacity ) | |
| **Deputy Kyle Fern** ) | |
| In official and personal capacity ) | |
| **Vital Core Health Strategies, LLC** ) | |

Comes now the Plaintiff, Neil Keith Singleton, by and through a per se action hereby files this complaint and shows the court the following:

1.

This is a civil rights action brought pursuant to 42 U.S.C. §§ 1983, the First, Eighth, Ninth, and Fourteenth Amendments to the United States Constitution and Art. I, Sec I.

2.

Plaintiff Neil K Singleton is a resident of Tattnall County, Georgia and submits this venue is proper for all action and falls within the courts purview to hear.

3.

Plaintiff reserves the right to amend complaint as more deputies as well as civilian staff for medical care are properly identified.

4.

Plaintiff Neil K Singleton was a pretrial detainee at the Charles B Webster Detention Center from September 5th, 2024, to October 26th, 2024, for an accusation of simple battery.

5.

On September 6th, 2024, the plaintiff was processed into jail and personal items were taken, to include prescription glasses, a wedding ring, and hearing aids.

6.

On September 6th, 2024, the plaintiff was processed through medical where the nurse was told of several medical problems, to include the following: severe obstructive sleep apnea, PTSD, depressive disorder, mood disorder, anxiety, sleeping disorder, hearing loss, spinal fusion from C1-C5, and GERD. All medications prescribed by the VA in Dublin, GA.

7.

On September 6th, 2024, at approximately 0200 hours the plaintiff was taken to H-POD and housed in cell MM14 with an inmate only known as Virgil.

8.

On September 6th, 2024, the plaintiff was informed that the entire was on lockdown by inmate Virgil. For the next seven days I was denied access to a shower, phone, attorneys, medical care, kiosk for complaints or asking for care, laundry services, and religious services or religious items other than a Quran. The Christian bible was removed from the dorm and the commissary.

9.

On or around September 15th, 2024, an inmate had provided the plaintiff with a small New Testament bible and stated, "Do not get caught with it" that was later taken by a Deputy Kyle Fern as I was sitting at a lunch table, he then stated, "You are not allowed to have these because y'all damage the doors with them."

10.

From September 6th, 2024, to approximately September 24th, 2024, the plaintiff was denied all his required medications, prescription glasses, hearing aids, and a request for a sleep apnea machine. Due to the withdrawals from mental health medication and GERD medications, the plaintiff suffered severe depression, hallucinations, hearing voices, anger, and more.

11.

The plaintiff asked for his glasses numerous times as well as hearing aids. The plaintiff was told that his glasses violated jail policy because they had metal on them. The plaintiffs' eyeglasses were not metal but a polycarbonate frame.

12.

The plaintiffs' spouse brought a pair of glasses that were also all plastic and denied giving them to the plaintiff.

13.

The plaintiffs' spouse got one more pair and brought those up on around October 5th, 2024, the plaintiff was allowed to have them.

14.

The plaintiff asked about his hearing aids several times during his stay to deputy's and medical staff and was told that I could not have them, no reason given.

15.

The plaintiff asked for his wedding ring several times by asking deputy's and placing request in the KIOSK. One response was received, and the plaintiff was told if it didn't have any other items, and it was it was just solid then I would get it, the plaintiff never received it though at least a dozen other males had theirs. The wedding ring was solid titanium.

16.

The plaintiff asked deputy's and nursing for weeks why he could not have his prescription glasses while others had them and they were all metal, the plaintiff pointed out at least seven inmates, all were African American. The plaintiff was told by Nurse Purdy and a Deputy called TJ, "Because they are black, and you are not."

17.

On or around October 1st, 2024, while the plaintiff was waiting in the medical line to receive medications he was attacked by another inmate in-front of the medical staff and another unknown black female deputy that refused to give her name afterwards. The inmate slapped the plaintiff's medications out of his hand and stated, "I hate you fuc$ing crackers." The inmate then pulled out what appeared to be a 6-to-9-inch shiv and said, "I am going to fuc$ing gut you when these police leave." This was witnessed by both the nurse and the deputy. The plaintiff asked the deputy, "Isn't this assault with a deadly weapon," she gave no response. The nurse, Nurse Purdy said, "Maybe don't agitate the black inmates." Both the nurse and the deputy then shut the sally port door, and the plaintiff was then punched and kicked by the inmate. The plaintiff asked for medical care and was ignored.

18.

On or around October 4th, 2024, the plaintiff received a death threat from an inmate only known as "CASH" who then showed me a metal made shank. The plaintiff reported this to the deputy on duty (I am trying to identify her real name, heavier set white female) She informed the plaintiff to talk to LT. Jenkins who was in the POD at that time. I talked to LT. Jenkins, only to be met with hostility and it he said go see your POD deputy. I did inform him who had the shiv, which he happened to be sitting one table away, Lt. Jenkins just walked away and left the POD, he did nothing about the inmate and the shank. The plaintiff was later attacked by inmate "CASH" and suffered a black eye.

19.

The plaintiff accuses the Richmond County Sheriff, his employees, and the Richmond County Commissioners of Richmond County being complacent in known civil rights issues.

20.

The plaintiff accuses Sheriff Roundtree and deputy's as well as civilian staff employed under him for violating known jail mandates and policy which also led to violation of civil rights of Neil Keith Singleton through violations of jail policy as follows:

A. 2A-26 – Denied a shower at-least once every 24 hours
B. 2A-27 - Orientation was never performed
C. 2A-50 – Was forced into a 7-day lockdown without reason
D. 4A-18 – Inmate never received two "hot" meals per day
E. 5A- 03 – Inmate never received Mental Health Counseling when he was suicidal
F. 5C- 17 – Denied the ability to have a Christian Bible
G. 6A – 01 – Denied access to phones for attorney for the first 7 days of incarceration
H. 6A-02 – Denied access to council for the first 7 days of incarceration
I. 6A-07 – Denied protection from violent and abusive inmates
J. 6B-08 – Never given access to a disabled persons liaison
K. 1A-10 – Placed in one- and two-men cells with often six other males
L. 1A-11 – Plaintiff sleep on concrete floor only an inch off the floor for 30 days

Inmate handbook Section E:

4(e) Plaintiff was denied the ability to have a Christian bible but others were allowed to have a Quran

4(g) Plaintiff was denied his prescription glasses, though several other inmates of African American decent were allowed to have theirs, even though they were 100% metal. Plaintiff was also denied his all metal wedding ring.

Plaintiff was also denied the use of a medically prescribed C-Pap machine for severe obstructive sleep apnea. Prescribed by the Department of Veterans Affairs. This caused the inmate to needlessly suffer for nearly 60 days.

## CONCLUSION

The plaintiff, Neil Keith Singleton, was not afforded equal protection while in custody. The plaintiff was denied proper medical care through his entire stay which he still is recovering from to this date. The plaintiff suffered prejudiced behaviors from government as well as civilian staff. The plaintiff was mass punished and was refused any ability to shower, medical care, visitations, telephone use for attorney, and more during his first seven days in custody.

At this time, the plaintiff is attempting to Identify other deputy's, civilian staff, and inmates that were afforded their prescription glasses that were all metal and will amend the complaint as those are obtained. Currently, the RCSO SGT Walter McNeil in records is not fully cooperating. The plaintiff is working diligently to identify all deputy's that worked the H-POD along with several inmates.

## DAMAGES

The plaintiff is seeking damages in the amount of $500,000.00 for violations of civil rights while in custody with all defendants acting under color of law.

## CERTIFICATION OF SERVICE

The plaintiff certifies that all defendants for the Richmond County Sheriffs Office has been sent a copy of this complaint through USPS Certified Mail as well as electronic service:

400 Walton Way

Augusta, GA 30901

kcooper@augustaga.gov

zmcclain-haymon@augustaga.gov

gbonner@augustaga.gov


Service for Vital Core Heath Strategies LLC

CORPORATION SERVICE COMPANY

2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA

info@vitalcorehs.com


Neil K Singleton

1701 Little Flock Church Rd

Collins, GA 30421

(912)667-4161

Neilks1975@outlook.com


12/11/2024

