IN THE UNITED STATES DISTRICT COURT SOUTHERN
DISTRCICT OF GEORGIA

NEIL KEITH SINGLETON,  *

Plaintiff

v.

ROUNDTREE ET AL  * Civil Action No.: 1:25-cv-00246-JRH-BKE

  *

Defendant(s)  *

\* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW

Comes now the plaintiff, Neil Singleton requesting to withdraw a previous motion for leave of court noted in document number 39 filed on 10/10/2025. This motion is no longer needed nor is the ability to add those new defendants

NEIL SINGLETON
PER SE

(912)667-4161

12/1/2025

## CERTIFICATION OF SERVICE

## MOTION TO WITHDRAW

The plaintiff certifies that all defendants for the Richmond County Sheriffs Office has been sent a copy of this complaint through electronic service as agreed to by all parties:

Electronic Service for Defendants other than listed below to:

Tameka Haynes

Thaynes@frailswilsonlaw.com


Service for Vital Core Heath Strategies LLC AND Rachel Purdie:

Robin Daitch   Hall, Booth, and Smith

RDaitch@hallboothsmih.com


Neil K Singleton

1701 Little Flock Church Rd

Collins, GA 30421

(912)667-4161

Neilks1975@outlook.com

12/01/2025



NEIL SINGLETON

PER SE

(912)667-4161

12/01/2025

NEILKS1975@OUTLOOK.COM

CERTIFICATE OF SERVICE

Neil Singleton certifies that on 12/01/2025, 2025, the above styled motion to AMEND and add additional defendant's was served by ELECTRONIC COMMUNICATION:

Tamaka Haynes

Frails and Wilson

Thaynes@frailswilsonlaw.com

Neil Singleton

1701 Little Flock Church Rd

Colins, GA 30421

(912)667-4161

Neilks1975@outlook.com