# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| NEIL KEITH SINGLETON,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD ROUNDTREE, CALVIN CHEW, KYLE FERN, EVERETTE JENKINS, DEPUTY JANE DOE, DEPUTY JOHN DOE, DEPUTY JOHN DOE 2, DEPUTY JOHN DOE 3, RICHMOND COUNTY BOARD OF COMMISSIONERS, ET AL, VITAL CORE HEALTH STRATEGIES, LLC., NURSE PRUDY, DEPUTY JANE DOE 2<br><br>    Defendants. | **CIVIL FILE ACTION NUMBER:**<br><br>**1:24-cv-00246-JRH-BKE** |

## MOTION FOR LEAVE OF ABSENCE

COMES NOW, the undersigned attorney, Robin E. Daitch, and hereby files this Motion with the Court for a leave of absence pursuant to L.R. 83.9 for the following dates:

- **December 17, 2025** during which applicant will be on leave of absence; and

- **December 22, 2025, through and including January 6, 2026,** during which applicant will be on vacation.

The undersigned is listed as lead counsel of record in the above captioned case which is pending in this district and for which protection is sought. A copy of this motion is being submitted electronically to all counsel listed on the above captioned case through the ECF system.

Respectfully submitted this 9th day of December 2025.

|  |  |
|---|---|
| 1450 Greene Street – Suite 145<br>Augusta, Georgia 30901<br>Phone: 706-494-2690<br>Fax: 706-209-0364<br>Email: rdatich@hallboothsmith.com | **HALL BOOTH SMITH, P.C.**<br><br>_____<br>ROBIN E. DAITCH<br>Georgia Bar No. 376288<br>*Counsel for Defendants VitalCore Health Strategies and Rachel Purdie, RN* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| NEIL KEITH SINGLETON,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD ROUNDTREE, CALVIN CHEW, KYLE FERN, EVERETTE JENKINS, DEPUTY JANE DOE, DEPUTY JOHN DOE, DEPUTY JOHN DOE 2, DEPUTY JOHN DOE 3, RICHMOND COUNTY BOARD OF COMMISSIONERS, ET AL, VITAL CORE HEALTH STRATEGIES, LLC., NURSE PRUDY, DEPUTY JANE DOE 2<br><br>    Defendants. | **CIVIL FILE ACTION NUMBER:**<br><br>**1:24-cv-00246-JRH-BKE** |

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **MOTION FOR LEAVE OF ABSENCE** with the Clerk of Court for the Southern District of Georgia by using the CM/ECF system which will automatically send an electronic notification of such filing, and by placing a copy of same in the United States Mail, in an envelope with adequate postage affixed thereon to ensure delivery, to the following:

<u>**Via U.S. Mail only:**</u>
Neil K. Singleton
1701 Little Flock Church Road
Collins, Georgia 30421
Neilks1975@outlook.com
*Plaintiff pro se*

This 9th day of December, 2025.

**HALL BOOTH SMITH, P.C.**

**ROBIN E. DAITCH**