IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| NEIL KEITH SINGLETON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RICHARD ROUNDTREE, CALVIN CHEW, KYLE FERN, EVERETTE JENKINS, DEPUTY JANE DOE, DEPUTY JOHN DOE, DEPUTY JOHN DOE 2, DEPUTY JOHN DOE 3, RICHMOND COUNTY BOARD OF COMMISSIONERS, ET AL, VITAL CORE HEALTH STRATEGIES, LLC., NURSE PRUDY, DEPUTY JANE DOE 2<br><br>　　　　Defendants. | **CIVIL FILE ACTION NUMBER:**<br><br>**1:24-cv-00246-JRH-BKE** |

**ORDER GRANTING LEAVE OF ABSENCE**

Pending before the Court is Robin E. Daitch's Motion for Leave of Absence. The Court having read and considered the Motion pending before the Court, and for good cause shown, IT IS HEREBY ORDERED that Robin E. Daitch's Motion for Leave of Absence is granted and she will be granted a leave of absence for the period of:

- **December 17, 2025** during which applicant will be on leave of absence; and

- **December 22, 2025, through and including January 6, 2026,** during which applicant will be on vacation.

**ORDER ENTERED** this _____ day of _____, 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Brian K. Epps
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　Southern District of Georgia

Prepared by:
Robin E. Daitch
1450 Greene Street – Suite 145
Augusta, Georgia 30901
Phone: 706-494-2690
Fax: 706-2096-0364
Email: rdaitch@hallboothsmith.com