IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRCICT
OF GEORGIA

U.S DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

NEIL KEITH SINGLETON,                    *                      DEC 11 2025

    Plaintiff                                  * v.                      FILED

ROUNDTREE ET AL,                         * Civil Action No.: 1-24-cv-00246
                                         *
    Defendant                                  *


\* \* \* \* \* \* \* \* \* \*


## OPPOSITION TO LEAVE OF ABSENCE

Now comes the plaintiff, Neil Keith Singleton, in the above-styled action and request this
honorable court TO DENY any leave of motion for Robin Daitch filed in document number 42
for the following reasons:

1.

Ms. Daitch has not provided enough notice for the December 17th, 2025, request and this
request should be denied for the usual 10 day notice period practiced by these courts.

2.

Ms. Daitch seems to be purposely asking for an extended leave of absence from December 22nd,
2025, to January 6th, 2026. This leave was put in after the plaintiff requested a mediation
attempt and offer to settle the matter before asking this court for a status conference after the 1st
of the year.

3.

To date, Ms. Daitch has been 100% non-responsive to all communications with the plaintiff and
has made no efforts to resolve this matter.

## CONCLUSION

The plaintiff asks this court to deny both request leave of absence dates or place an order of mediation to happen before the requested December 22ⁿᵈ, 2025 through January 6ᵗʰ, 2026 dates.

NEIL SINGLETON

PER SE

(912)667-4161

012/10/2025

NEILKS1975@OUTLOOK.COM

## CERTIFICATE OF SERVICE

This is to certify that I have served a true and accurate copy of the foregoing

entry of Opposition to Motion to Dismiss to the defendants via EMAIL and US MAIL

Tameka Haynes, ESQ. (thaynes@frailswilsonlaw.com)

Randolph Frails, ESQ.

FRAILS & WILSON, LLC

211 Pleasant Home Rd, Ste. A1

Augusta, GA 30907

Robin E. Daitch Charles H. Rollins 1450 Greene Street,
Suite 220 Augusta, GA 30901
rdaitch@hallboothsmith.com crollins@hallboothsmith.com



Neil Singleton

1701 Little Flock Church Rd

Colins, GA 30421

(912)667-4161

Neilks1975@outlook.com