IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| NEIL KEITH SINGLETON,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD ROUNDTREE, CALVIN CHEW, EVERETTE JENKINS, KYLE FERN, HASAN KING, KATHRYN KIRBY, RAVEN FERTICK, VITAL CORE HEALTH STRATEGIES, LLC, and RACHEL PURDIE,<br><br>    Defendants. | CASE NO.: 1:24-cv-246 |

**DEFENDANTS' NOTICE OF INTENT TO FILE A REPLY BRIEF**

COME NOW Defendants Richard Roundtree, Calvin Chew, Everett Jenkins, Kyler Fern, Hasan King, Kathryn Kirby, and Raven Furtick, pursuant to Local Rule 7.6 and provide notice of their intent to file a Reply Brief in response to Plaintiff's Response in Opposition to Defendants' Motion to Dismiss (Doc. 50).

This 26th day of February 2026.

                                    /s/Tameka Haynes
                                    **Tameka Haynes**
                                    Georgia Bar No. 453026
                                    **Randolph Frails**
                                    Georgia Bar No. 272729

                                    *Attorneys for RCSO Defendants*

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile: 706-855-7631
thaynes@frailswilsonlaw.com
randyfrails@frailswilsonlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| NEIL KEITH SINGLETON,<br><br>   Plaintiff,<br><br>v.<br><br>RICHARD ROUNDTREE, CALVIN CHEW, EVERETTE JENKINS, KYLE FERN, HASAN KING, KATHRYN KIRBY, RAVEN FERTICK, VITAL CORE HEALTH STRATEGIES, LLC, and RACHEL PURDIE,<br><br>   Defendants. | CASE NO.: 1:24-cv-246 |

## CERTIFICATE OF SERVICE

This is to certify that the within and foregoing **Notice** was served upon the following party in accordance with ECF rules by electronically filing a copy with the Clerk of Court using the CM/ECF system or by mailing a copy via United States Mail with adequate postage attached thereon to:

| | |
|---|---|
| Neil Singleton<br>1701 Little Flock Church Road<br>Collins, Georgia 30421<br>Neilks1975@outlook.com | Robin E. Daitch<br>Charles H. Rollins<br>1450 Greene Street, Suite 220<br>Augusta, GA 30901<br>rdaitch@hallboothsmith.com<br>crollins@hallboothsmith.com |

This 26th day of February 2026.

/s/Tameka Haynes
**Tameka Haynes**
Georgia Bar No. 453026
**Randolph Frails**
Georgia Bar No. 272729

*Attorneys for RCSO Defendants*

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile: 706-855-7631
thaynes@frailswilsonlaw.com
randyfrails@frailswilsonlaw.com