IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| NEIL KEITH SINGLETON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-246 |
| | ) | |
| RICHARD ROUNDTREE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On June 26, 2025, the Court stayed all discovery in this action pending resolution of several dispositive motions and directed the parties to submit a joint Rule 26(f) Report, or status report why the stay should be continued, within seven days of the presiding District Judge's ruling. (Doc. no. 37.) Because the February 6, 2026 Order by United States District Judge J. Randal Hall ruling on the dispositive motions required Plaintiff to file an amended complaint, (doc. no. 45), which resulted in another round of motions to dismiss, (doc. nos. 47, 49), the stay of discovery shall remain in place. Should any portion of the case remain after resolution of the latest dispositive motions, the parties shall confer and submit a revised Rule 26(f) Report, with proposed case deadlines, within seven days of Judge Hall's ruling. In the event Judge Hall, in his ruling on the pending motions to dismiss, provides further instructions to the parties that justifies continuation of the stay, the parties shall inform the undersigned to that effect in a joint status report to be filed within seven days of Judge Hall's ruling.

SO ORDERED this 26th day of February, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA