

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

NEIL KEITH SINGLETON,

    Plaintiff,

v.                                                                    CASE NO.: 1:24-cv-246

RICHARD ROUNDTREE, CALVIN

CHEW, EVERETTE JENKINS, KYLE

FERN, HASAN KING, KATHRYN KIRBY,

RAVEN FERTICK, VITAL CORE

HEALTH STRATEGIES, LLC, and

RACHEL PURDIE,

    Defendants.

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY**

COMES NOW Plaintiff Neil Keith Singleton, pro se, and moves for leave to file a sur-reply to Defendants' Reply Brief (Doc. 53). In support, Plaintiff states:

1. Local Rule 7.6 permits sur-replies for new arguments in replies.

2. Defendants' Reply raises a new claim: Richard Roundtree is no longer Sheriff and cannot be sued in his official capacity (Doc. 53 at 1-2). This was absent from their Motion to Dismiss, denying Plaintiff a response opportunity.

3. The proposed sur-reply is concise, addresses only this issue, and is attached as Exhibit A. Granting leave ensures fairness without prejudice.

WHEREFORE, Plaintiff requests leave to file the sur-reply.

Respectfully submitted this 12th day of March, 2026.

Neil Keith Singleton, Pro Se

1701 Little Flock Church Road

Collins, GA 30421

Neilks1975@outlook.com

## CERTIFICATE OF SERVICE

I certify that on this 26th day of March, 2026, I served this Motion and proposed sur-reply on Defendants' counsel via EMAIL as agreed by counsel:

Tameka Haynes

Randolph Frails

Frails & Wilson LLC

211 Pleasant Home Road, Suite A1

Augusta, GA 30907

thaynes@frailswilsonlaw.com

randyfrails@frailswilsonlaw.com

Robin E. Daitch

Charles H. Rollins

1450 Greene Street, Suite 220

Augusta, GA 30901

rdaitch@hallboothsmith.com

crollins@hallboothsmith.com

Neil Keith Singleton, Pro Se

---

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

NEIL KEITH SINGLETON,

Plaintiff,

v.                                                     CASE NO.: 1:24-cv-246

RICHARD ROUNDTREE, CALVIN

CHEW, EVERETTE JENKINS, KYLE

FERN, HASAN KING, KATHRYN KIRBY,

RAVEN FERTICK, VITAL CORE

HEALTH STRATEGIES, LLC, and

RACHEL PURDIE,

Defendants.

**PLAINTIFF'S SUR-REPLY TO DEFENDANTS' REPLY BRIEF**

Plaintiff Neil Keith Singleton, pro se, submits this sur-reply limited to the new argument in Defendants' Reply (Doc. 53) that Richard Roundtree, as former Sheriff, cannot be sued in his official capacity.

Defendants argue Roundtree lacks responsibility for ongoing policies or injunctive relief (Doc. 53 at 1-2, citing Curling v. Worley, 761 F. App'x 927 (11th Cir. 2019); Grizzle v. Kemp, 634 F.3d 1314 (11th Cir. 2011)). They note Plaintiff seeks only damages (Doc. 46 at 7).

This overlooks Fed. R. Civ. P. 25(d), which automatically substitutes a public officer's successor in official-capacity suits upon resignation or cessation of office. The action continues against the successor without abatement. See Ky. v. Graham, 473 U.S. 159, 166 n.11 (1985); Lewis v. Clarke, 581 U.S. 155, 162 (2017).

Roundtree was Sheriff during the alleged events. His successor, Eugene "Gino Rock" Brantley (effective Jan. 1, 2025), is automatically substituted. No amendment is needed; substitution occurs by law. See Nat'l Ass'n for Fixed Annuities v. Perez, 217 F. Supp. 3d 1, 12 n.3 (D.D.C. 2016).

Curling and Grizzle apply to Ex parte Young injunctive relief against current officials, not damages claims preserved by Rule 25(d). Plaintiff seeks damages for past acts; substitution maintains the claim against the office.

Eleventh Amendment immunity analysis (e.g., Manders v. Lee, 338 F.3d 1304 (11th Cir. 2003)) remains unchanged by substitution.

The Court should deny dismissal of the official-capacity claim and, if needed, update the docket for substitution.

Respectfully submitted this 12th day of March, 2026.

Neil Keith Singleton, Pro Se

1701 Little Flock Church Road

Collins, GA 30421

Neilks1975@outlook.com

## CERTIFICATE OF SERVICE

I certify that on this 12th day of March, 2026, I served this Sur-Reply on Defendants' counsel via EMAIL as agreed upon by counsel:

Tameka Haynes

Randolph Frails

Frails & Wilson LLC

211 Pleasant Home Road, Suite A1

Augusta, GA 30907

thaynes@frailswilsonlaw.com

randyfrails@frailswilsonlaw.com

Robin E. Daitch

Charles H. Rollins

1450 Greene Street, Suite 220

Augusta, GA 30901

rdaitch@hallboothsmith.com

crollins@hallboothsmith.com

Neil Keith Singleton, Pro Se

