IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
NEIL KEITH SINGLETON,              *
                                   *
     Plaintiff,                    *
                                   *
     v.                            *
                                   *
RICHARD ROUNDTREE, CALVIN          *    CV 124-246
CHEW, EVERETTE JENKINS, KYLE       *
FERN, HASAN KING, KATHRYN          *
KIRBY, RAVEN FURTICK, VITAL        *
CORE HEALTH STRATEGIES, LLC,       *
and RACHEL PURDIE,                 *
                                   *
     Defendants.                   *
```

## O R D E R

Before the Court is Plaintiff's motion for leave to file sur-reply. (Doc. 54.) Local Rule 7.6 states: "A party intending to file a reply brief shall immediately so notify the Clerk and shall serve and file the reply within fourteen (14) calendar days of service of the opposing party's last brief." L.R. 7.6, SDGa. Here, Defendants Roundtree, Chew, Jenkins, Fern, King, Kirby, and Furtick (collectively the "RCSO Defendants") filed a reply in support of their motion to dismiss on March 11, 2026. (Doc. 53.) Plaintiff's motion, with the sur-reply attached, was filed two days later. (Doc. 54.) Thus, Plaintiff timely filed his reply to the RCSO Defendants' March 11, 2026 filing. See L.R. 7.6, SDGa.

The Court finds Plaintiff's motion (Doc. 54) is an unnecessary filing based on the District's Local Rules, and thus, it is **DENIED AS MOOT**. The Court will consider Plaintiff's sur-reply brief when ruling on the pending motion to dismiss.

**ORDER ENTERED** at Augusta, Georgia, this ___16th___ day of March, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA