IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

NEIL KEITH SINGLETON,

    Plaintiff,

v.

RICHARD ROUNDTREE, CALVIN
CHEW, EVERETTE JENKINS, KYLE
FERN, HASAN KING, KATHRYN KIRBY,
RAVEN FERTICK, VITAL CORE
HEALTH STRATEGIES, LLC, and
RACHEL PURDIE,

    Defendants.

CASE NO.: 1:24-cv-246

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Neil Keith Singleton and Defendants Roundtree, Chew, Jenkins, Fern, King, Kirby, and Fertick ("RCSO Defendants"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby stipulate and agree that this action is dismissed with prejudice, with each party to bear his own attorney's fees and costs.

Respectfully submitted this 11th day of August 2026.


/s/Neil Keith Singleton
**Neil Keith Singleton**
*Plaintiff*

1701 Little Flock Church Road
Collins, GA 30421
Neilks1975@outlook.com

/s/Tameka Haynes
**Tameka Haynes**
Georgia Bar No. 453026
**Randolph Frails**
Georgia Bar No. 272729
*Attorneys for Defendants*

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile: 706-855-7631
thaynes@frailswilsonlaw.com
randyfrails@frailswilsonlaw.com

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

NEIL KEITH SINGLETON,

   Plaintiff,

v.

RICHARD ROUNDTREE, CALVIN
CHEW, EVERETTE JENKINS, KYLE
FERN, HASAN KING, KATHRYN KIRBY,
RAVEN FERTICK, VITAL CORE
HEALTH STRATEGIES, LLC, and
RACHEL PURDIE,

   Defendants.

CASE NO.: 1:24-cv-246

## CERTIFICATE OF SERVICE

This is to certify that the within and foregoing **Stipulation** was served upon the following party in accordance with ECF rules by electronically filing a copy with the Clerk of Court using the CM/ECF system or by mailing a copy via United States Mail with adequate postage attached thereon to:

Neil Singleton
1701 Little Flock Church Road
Collins, Georgia 30421
governmentORR@gmail.com
Neilks1975@outlook.com

This 11th day of August 2026.

/s/Tameka Haynes
**Tameka Haynes**
Georgia Bar No. 453026
**Randolph Frails**
Georgia Bar No. 272729

*Attorneys for Defendants*

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile: 706-855-7631
thaynes@frailswilsonlaw.com
randyfrails@frailswilsonlaw.com

2