IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

NEIL KEITH SINGLETON,                    *
                                         *
        Plaintiff,                       *
                                         *
            v.                           *
                                         *
RICHARD ROUNDTREE, CALVIN                *         CV 124-246
CHEW, EVERETTE JENKINS, KYLE             *
FERN, HASAN KING, KATHRYN                *
KIRBY, RAVEN FURTICK, VITAL              *
CORE HEALTH STRATEGIES, LLC,             *
and RACHEL PURDIE,                       *
                                         *
        Defendants.                      *

_____

O R D E R

_____

Before the Court is the Parties' stipulation of dismissal with prejudice.  (Doc. 57.)  All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS THEREFORE ORDERED that this matter is DISMISSED WITH PREJUDICE.  The Clerk is directed to TERMINATE all motions and deadlines and CLOSE this case.  Each party shall bear its own costs and fees unless otherwise agreed.

ORDER ENTERED at Augusta, Georgia, this 12th day of August, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA